**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1343

TANYA ANUSIE-HOWARD,

                    Plaintiff - Appellant,

          v.

WILLIAM TODD, Building Operations Supervisor; MICHAEL BAKER,
Field  Representative;  MIKE  EPPIG,  Senior  Operations
Supervisor;  ANTHONY  LEE;  BALTIMORE  COUNTY  BOARD  OF
EDUCATION,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William D. Quarles, Jr., District
Judge.  (1:12-cv-00199-WDQ)

Submitted:  August 27, 2015          Decided:  August 31, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tanya  Anusie-Howard,  Appellant  Pro  Se.    Adam  Elliot  Konstas,
Lisa  Y.  Settles,  PESSIN  KATZ  LAW,  P.A.,  Towson,  Maryland,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Anusie-Howard appeals the district court's orders denying relief on her claims alleging violations of the Family Medical Leave Act. We have reviewed the record, including the district court's opinions, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anusie-Howard v. Todd, No. 1:12-cv-00199-WDQ (D. Md. Jan. 29, 2013, Nov. 18, 2013, and Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED